IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JODIE WADE, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:09-CV-684-Y |
| | § | |
| DEE ANDERSON, Sheriff, | § | |
| Tarrant County, Texas, | § | |
|     Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Jodie Wade, along with the February 18, 2010, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until March 11, 2010, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the motion to dismiss should be granted and the petition for writ of habeas corpus should be dismissed with prejudice as moot.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Respondent Anderson's motion to dismiss (docket no. 7) is GRANTED.

Jodie Wade's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED with prejudice.

SIGNED March 15, 2010.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE